| | | |
|---|---|---|
| KAREN R. GOODMAN | The Honorable: | PAMELA S. HOLLIS |
| SHEFSKY & FROELICH, LTD | Chapter   7 | |
| 111East Wacker Drive | Location: | |
| SUITE 2800 | Hearing Date: | / / |
| CHICAGO, IL  60601 | Hearing Time: | |
| (312) 527-4000 | Response Date: | / / |
| Chapter 7 Trustee | | |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re:  JACK, GEORGE                    §    Case No. 09-37057
        JACK, PATRICIA                  §
                                        §
Debtor(s)                               §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

KAREN R. GOODMAN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:  $368,379.00              Assets Exempt:   $13,100.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $4,771.54      Claims Discharged
                                                Without Payment: $201,375.80

Total Expenses of Administration:  $5,005.99

---

3) Total gross receipts of $     9,777.53     (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $        0.00     (see **Exhibit 2**), yielded net receipts of $9,777.53 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 5,005.99 | 5,005.99 | 5,005.99 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 206,147.34 | 206,147.34 | 4,771.54 |
| **TOTAL DISBURSEMENTS** | $0.00 | $211,153.33 | $211,153.33 | $9,777.53 |

4) This case was originally filed under Chapter 7 on October 05, 2009. The case was pending for 27 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/11/2012          By: /s/KAREN R. GOODMAN
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 — GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2007 Ford Escape | 1129-000 | 1,774.00 |
| 1999 Harley-Davidson FLHTC Electra Glide Classic | 1129-000 | 8,000.00 |
| Interest Income | 1270-000 | 3.53 |
| **TOTAL GROSS RECEIPTS** | | **$9,777.53** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 — FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 — SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 — CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| KAREN R. GOODMAN | 2100-000 | N/A | 1,727.73 | 1,727.73 | 1,727.73 |
| KAREN R. GOODMAN | 2200-000 | N/A | 11.83 | 11.83 | 11.83 |
| SHEFSKY & FROELICH LTD. | 3110-000 | N/A | 1,920.00 | 1,920.00 | 1,920.00 |

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | UNIFORM TRAN. CODE | | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| ALAN D. LASKO | 3410-000 | | N/A | 1,305.50 | 1,305.50 | 1,305.50 |
| ALAN D. LASKO | 3420-000 | | N/A | 13.60 | 13.60 | 13.60 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | | N/A | 8.60 | 8.60 | 8.60 |
| The Bank of New York Mellon | 2600-000 | | N/A | 18.73 | 18.73 | 18.73 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | | N/A | 5,005.99 | 5,005.99 | 5,005.99 |

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 −GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American Infosource Lp As Agent for | 7100-000 | N/A | 483.53 | 483.53 | 11.47 |
| 2 | Discover Bank | 7100-000 | N/A | 11,737.27 | 11,737.27 | 278.39 |
| 3 | Discover Bank | 7100-000 | N/A | 8,695.98 | 8,695.98 | 206.26 |
| 4 | Discover Bank | 7100-000 | N/A | 15,677.16 | 15,677.16 | 371.84 |
| 5 | Advanta Bank Corp. | 7100-000 | N/A | 18,732.84 | 18,732.84 | 444.32 |
| 6 | Chase Bank USA, N.A. | 7100-000 | N/A | 19,362.49 | 19,362.49 | 459.25 |
| 7 | Chase Bank USA, N.A. | 7100-000 | N/A | 19,274.91 | 19,274.91 | 457.17 |
| 8 | Chase Bank USA, N.A. | 7100-000 | N/A | 3,140.25 | 3,140.25 | 74.48 |
| 9 | Chase Bank USA, N.A. | 7100-000 | N/A | 13,361.95 | 13,361.95 | 316.93 |
| 10 | Chase Bank USA, N.A. | 7100-000 | N/A | 7,663.59 | 7,663.59 | 181.77 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 11 | American Express Centurion Bank | 7100-000 | N/A | 8,454.50 | 8,454.50 | 200.53 |
| 12 | American Express Centurion Bank | 7100-000 | N/A | 17,456.37 | 17,456.37 | 414.04 |
| 13 | U.S. Bank N.A. | 7100-000 | N/A | 3,095.38 | 3,095.38 | 73.42 |
| 14 | U.S. Bank N.A. | 7100-000 | N/A | 4,966.25 | 4,966.25 | 117.79 |
| 15 | Fia Card Services, NA/Bank of America | 7100-000 | N/A | 14,317.85 | 14,317.85 | 339.60 |
| 16 | Fia Card Services, NA/Bank of America | 7100-000 | N/A | 34,752.29 | 34,752.29 | 824.28 |
| 17 | PRA Receivables Management, LLC | 7200-000 | N/A | 4,974.73 | 4,974.73 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 0.00 | 206,147.34 | 206,147.34 | 4,771.54 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 09-37057  
**Case Name:** JACK, GEORGE  
  JACK, PATRICIA  
**Period Ending:** 01/11/12

**Trustee:** (520191) KAREN R. GOODMAN  
**Filed (f) or Converted (c):** 10/05/09 (f)  
**§341(a) Meeting Date:** 11/17/09  
**Claims Bar Date:** 05/19/10

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 | 1143 Rothbury, Schaumburg, IL 60193<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 327,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Cash<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 77.00 | 0.00 | DA | 0.00 | FA |
| 3 | Joint Harris Checking Account<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 300.00 | 0.00 | DA | 0.00 | FA |
| 4 | United Airlines Savings Acount<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 1,200.00 | 0.00 | DA | 0.00 | FA |
| 5 | Joint Harris Checking Account<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 187.00 | 0.00 | DA | 0.00 | FA |
| 6 | Harris Checking Account<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 10.00 | 0.00 | DA | 0.00 | FA |
| 7 | Ordinary Household Goods and Furnishings<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 2,000.00 | 2,000.00 | DA | 0.00 | FA |
| 8 | Books, Pictures and CD's<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 200.00 | 200.00 | DA | 0.00 | FA |
| 9 | Ordianry Wearing Apparel<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 300.00 | 0.00 | DA | 0.00 | FA |
| 10 | Fur Coat<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 900.00 | 900.00 | DA | 0.00 | FA |
| 11 | Wedding Rings<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 1,000.00 | 1,000.00 | DA | 0.00 | FA |
| 12 | 357 Magnum | 100.00 | 100.00 | DA | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-37057  
**Case Name:** JACK, GEORGE  
               JACK, PATRICIA  
**Period Ending:** 01/11/12

**Trustee:** (520191) KAREN R. GOODMAN  
**Filed (f) or Converted (c):** 10/05/09 (f)  
**§341(a) Meeting Date:** 11/17/09  
**Claims Bar Date:** 05/19/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 13 | State Farm Life Insurance Policy<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | DA | 0.00 | FA |
| 14 | 100% owner of PJ Avon Beauty Center<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | DA | 0.00 | FA |
| 15 | 2008 Tax Refund<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 1,200.00 | 0.00 | DA | 0.00 | FA |
| 16 | 2008 PT Cruiser<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 13,655.00 | 0.00 | DA | 0.00 | FA |
| 17 | 2007 Ford Escape<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 11,600.00 | 1,774.00 | DA | 1,774.00 | FA |
| 18 | 1999 Harley-Davidson FLHTC Electra Glide Classic<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 8,650.00 | 8,650.00 | DA | 8,000.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 3.53 | FA |
| 19 | Assets Totals (Excluding unknown values) | $368,379.00 | $14,624.00 | | $9,777.53 | $0.00 |

**Major Activities Affecting Case Closing:**

    Retain accountant, if necessary, file tax returns, review claims.

**Initial Projected Date Of Final Report (TFR):** March 31, 2011      **Current Projected Date Of Final Report (TFR):** October 4, 2011 (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 09-37057  **Trustee:** KAREN R. GOODMAN (520191)
**Case Name:** JACK, GEORGE  **Bank Name:** JPMORGAN CHASE BANK, N.A.
JACK, PATRICIA  **Account:** ***-*****19-65 - Money Market Account
**Taxpayer ID #:** **-***1981  **Blanket Bond:** $61,494,000.00 (per case limit)
**Period Ending:** 01/11/12  **Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/12/10 | {17} | PATRICIA JACK | Payment for equity in 2007 Ford Escape | 1129-000 | 1,774.00 | | 1,774.00 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.02 | | 1,774.02 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.07 | | 1,774.09 |
| 04/20/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.04 | | 1,774.13 |
| 04/20/10 | | Wire out to BNYM account 9200******1965 | Wire out to BNYM account 9200******1965 | 9999-000 | -1,774.13 | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | -1,774.13 | 0.00 | |
| | | | **Subtotal** | | 1,774.13 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$1,774.13** | **$0.00** | |

{} Asset reference(s)  Printed: 01/11/2012 03:38 PM   V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| **Case Number:** | 09-37057 | | **Trustee:** | KAREN R. GOODMAN (520191) |
|---|---|---|---|---|
| **Case Name:** | JACK, GEORGE | | **Bank Name:** | The Bank of New York Mellon |
| | JACK, PATRICIA | | **Account:** | 9200-******19-65 - Money Market Account |
| **Taxpayer ID #:** | **-***1981 | | **Blanket Bond:** | $61,494,000.00  (per case limit) |
| **Period Ending:** | 01/11/12 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********1965 | Wire in from JPMorgan Chase Bank, N.A. account ********1965 | 9999-000 | 1,774.13 | | 1,774.13 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.03 | | 1,774.16 |
| 05/03/10 | {18} | GEORGE & PATRICIA JACK | Payment for sale of motorcycle per Court order of 5/6/10 | 1129-000 | 8,000.00 | | 9,774.16 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.54 | | 9,774.70 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.56 | | 9,775.26 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.58 | | 9,775.84 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.58 | | 9,776.42 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.08 | | 9,776.50 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.08 | | 9,776.58 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.08 | | 9,776.66 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.08 | | 9,776.74 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.08 | | 9,776.82 |
| 02/08/11 | 11001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2011 FOR CASE #09-37057, Bond #016026455 | 2300-000 | | 8.60 | 9,768.22 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.07 | | 9,768.29 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.08 | | 9,768.37 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.08 | | 9,768.45 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.08 | | 9,768.53 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.08 | | 9,768.61 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.08 | | 9,768.69 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 18.73 | 9,749.96 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.08 | | 9,750.04 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.08 | | 9,750.12 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.08 | | 9,750.20 |
| 11/03/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.00 | | 9,750.20 |
| 11/03/11 | | To Account #9200******1966 | FUNDS TRANSFER TO EFFECTUATE DISTRIBUTIONS PER COURT ORDER DATED NOVEMBER 3, 2011 | 9999-000 | | 9,750.20 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 9,777.53 | 9,777.53 | $0.00 |
| | | | Less: Bank Transfers | | 1,774.13 | 9,750.20 | |
| | | | **Subtotal** | | 8,003.40 | 27.33 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$8,003.40** | **$27.33** | |

{} Asset reference(s)

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 09-37057  
**Case Name:** JACK, GEORGE  
JACK, PATRICIA  
**Taxpayer ID #:** **-***1981  
**Period Ending:** 01/11/12

**Trustee:** KAREN R. GOODMAN (520191)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******19-66 - Checking Account  
**Blanket Bond:** $61,494,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 11/03/11 | | From Account #9200******1965 | FUNDS TRANSFER TO EFFECTUATE DISTRIBUTIONS PER COURT ORDER DATED NOVEMBER 3, 2011 | 9999-000 | 9,750.20 | | 9,750.20 |
| 11/03/11 | 101 | ALAN D. LASKO | TRUSTEE'S ACCOUNTANTS' EXPENSES PER COURT ORDER DATED 11/03/2011 | 3420-000 | | 13.60 | 9,736.60 |
| 11/03/11 | 102 | ALAN D. LASKO | TRUSTEE'S ACCOUNTANTS' FEES PER COURT ORDER DATED 11/03/2011 | 3410-000 | | 1,305.50 | 8,431.10 |
| 11/03/11 | 103 | KAREN R. GOODMAN | TRUSTEE EXPENSES PER COURT ORDER DATED 11/03/2011 | 2200-000 | | 11.83 | 8,419.27 |
| 11/03/11 | 104 | KAREN R. GOODMAN | TRUSTEE COMPENSATION PER COURT ORDER DATED 11/03/2011 | 2100-000 | | 1,727.73 | 6,691.54 |
| 11/03/11 | 105 | SHEFSKY & FROELICH LTD. | TRUSTEE'S ATTORNEYS' FEES PER COURT ORDER DATED 11/03/2011 | 3110-000 | | 1,920.00 | 4,771.54 |
| 11/03/11 | 106 | American Infosource LP | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 1 PER COURT ORDER DATED 11/03/2011 | 7100-000 | | 11.47 | 4,760.07 |
| 11/03/11 | 107 | Discover Bank | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 2 PER COURT ORDER DATED 11/03/2011 | 7100-000 | | 278.39 | 4,481.68 |
| 11/03/11 | 108 | Discover Bank | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 3 PER COURT ORDER DATED 11/03/2011 | 7100-000 | | 206.26 | 4,275.42 |
| 11/03/11 | 109 | Discover Bank | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 4 PER COURT ORDER DATED 11/03/2011 | 7100-000 | | 371.84 | 3,903.58 |
| 11/03/11 | 110 | Advanta Bank Corp. | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 5 PER COURT ORDER DATED 11/03/2011 | 7100-000 | | 444.32 | 3,459.26 |
| 11/03/11 | 111 | Chase Bank USA, N.A. | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 6 PER COURT ORDER DATED 11/03/2011 | 7100-000 | | 459.25 | 3,000.01 |
| 11/03/11 | 112 | Chase Bank USA, N.A. | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 7 PER COURT ORDER DATED 11/03/2011 | 7100-000 | | 457.17 | 2,542.84 |
| 11/03/11 | 113 | Chase Bank USA, N.A. | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 8 PER COURT ORDER DATED 11/03/2011 | 7100-000 | | 74.48 | 2,468.36 |
| 11/03/11 | 114 | Chase Bank USA, N.A. | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 9 PER COURT ORDER DATED | 7100-000 | | 316.93 | 2,151.43 |

Subtotals :  $9,750.20    $7,598.77

{} Asset reference(s)

Printed: 01/11/2012 03:38 PM    V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

| | | |
|---|---|---|
| **Case Number:** 09-37057 | **Trustee:** | KAREN R. GOODMAN (520191) |
| **Case Name:** JACK, GEORGE | **Bank Name:** | The Bank of New York Mellon |
| JACK, PATRICIA | **Account:** | 9200-******19-66 - Checking Account |
| **Taxpayer ID #:** **-***1981 | **Blanket Bond:** | $61,494,000.00  (per case limit) |
| **Period Ending:** 01/11/12 | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | 11/03/2011 | | | | |
| 11/03/11 | 115 | Chase Bank USA, N.A. | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 10 PER COURT ORDER DATED 11/03/2011 | 7100-000 | | 181.77 | 1,969.66 |
| 11/03/11 | 116 | American Express Centurion Bank | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 11 PER COURT ORDER DATED 11/03/2011 | 7100-000 | | 200.53 | 1,769.13 |
| 11/03/11 | 117 | American Express Centurion Bank | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 12 PER COURT ORDER DATED 11/03/2011 | 7100-000 | | 414.04 | 1,355.09 |
| 11/03/11 | 118 | U.S. Bank N.A. | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 13 PER COURT ORDER DATED 11/03/2011 | 7100-000 | | 73.42 | 1,281.67 |
| 11/03/11 | 119 | U.S. Bank N.A. | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 14 PER COURT ORDER DATED 11/03/2011 | 7100-000 | | 117.79 | 1,163.88 |
| 11/03/11 | 120 | FIA Card Services, NA/Bank of America | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 15 PER COURT ORDER DATED 11/03/2011 | 7100-000 | | 339.60 | 824.28 |
| 11/03/11 | 121 | FIA Card Services, NA/Bank of America | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 16 PER COURT ORDER DATED 11/03/2011 | 7100-000 | | 824.28 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| | **ACCOUNT TOTALS** | 9,750.20 | 9,750.20 | $0.00 |
| | Less: Bank Transfers | 9,750.20 | 0.00 | |
| | **Subtotal** | 0.00 | 9,750.20 | |
| | Less: Payments to Debtors | | 0.00 | |
| | **NET Receipts / Disbursements** | **$0.00** | **$9,750.20** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****19-65 | 1,774.13 | 0.00 | 0.00 |
| MMA # 9200-******19-65 | 8,003.40 | 27.33 | 0.00 |
| Checking # 9200-******19-66 | 0.00 | 9,750.20 | 0.00 |
| | **$9,777.53** | **$9,777.53** | **$0.00** |

{} Asset reference(s)

Printed: 01/11/2012 03:38 PM   V.12.57